**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**THINK BACK PHYSICAL
THERAPY, INC.,**

Plaintiff-Appellee,

**v.**                                                                                                       **No. 28,786**

**LYNDA HAYES,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY
Valerie Mackie Huling, District Judge**

Will Jeffrey
Albuquerque, NM

for Appellee

Lynda Hayes
Rio Rancho, NM

Pro Se Appellant

## MEMORANDUM OPINION

**SUTIN, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**

_____

**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____

**MICHAEL E. VIGIL, Judge**

_____

**TIMOTHY L. GARCIA, Judge**